Argued and submitted September 30, affirmed November 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

CORINA CHAVEZ,
*Appellant.*

01CR1403; A117341

80 P3d 536

Tammy W. Sun, Deputy Public Defender, argued the cause and filed the brief for appellant. With her on the brief was Peter A. Ozanne, Acting Executive Director, Office of Public Defense Services.

Doug M. Petrina, Assistant Attorney General, argued the cause and filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Schuman, Judge, and Leeson, Judge pro tempore.

PER CURIAM

Affirmed. *State v. McCoin*, 190 Or App 532, 79 P3d 342 (2003).